**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a
GENERAL STEEL CORPORATION, a Colorado limited liability company,

Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually; and ATLANTIC BUILDING SYSTEMS, LLC, a
Delaware corporation, doing business as ARMSTRONG STEEL CORPORATION.

Defendants.

---

**NOTICE OF RELATED CASE**

---

Plaintiff General Steel Domestic Sales, LLC, d/b/a General Steel Corporation, a Colorado

limited liability company, identifies the following "Related Case" pursuant to Local Rule 7.5:

Civil Action No. 13-cv-00769, pending before this Court. That case poses questions of law

common to the above-captioned matter; further, the cases share the same parties-defendant.

DATED: July 10, 2014

Respectfully Submitted,

/s/ David S. Fein_____
David S. Fein, Reg. No. 18788
Patrick D. Frye, Reg. No. 30369
Building Services Group, LLC Legal Dept.
10639 Bradford Road
Littleton, CO 80127

Attorneys for Plaintiff General Steel Domestic
Sales, LLC, d/b/a General Steel Corporation