# RETURN OF SERVICE

Case No. 14-cv-01932 WYD-CBS

I, Gerald Deadwyler, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served ATLANTIC BUILDING SYSTEM, LLC d/b/a ARMSTRONG STEEL CORPORATION, a true and correct copy of the within Summons in a Civil Action, together with Civil Cover Sheet; Complaint; Exhibit 1, 2, 3, 4, 5, 6 and 7, by handing and delivering to MARK BERTRAND personally, as Chief Financial Officer to ATLANTIC BUILDING SYSTEM, LLC d/b/a ARMSTRONG STEEL CORPORATION, on July 11, 2014, at 3:22 P.M. o'clock, at 5889 Greenwood Plaza Boulevard, Unit 300, Greenwood Village, Colorado 80111. MARK BERTRAND being over the age of eighteen years.

Gerald Deadwyler
Private Process Server

STATE OF COLORADO )
) ss.
City & County of Denver )

Subscribed and sworn before me this July 14, 2014.

HELEN B. HAYS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19934008056
MY COMMISSION EXPIRES JUNE 3, 2017

Notary Public
1225 Bannock Street
Denver, CO 80204