# RETURN OF SERVICE

Case No. 14-cv-01932 WYD-CBS

I, Todd Johnson, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served ETHAN DANIEL CHUMLEY, a true and correct copy of the within Summons in a Civil Action, together with Civil Cover Sheet; Complaint; Exhibit 1, 2, 3, 4, 5, 6 and 7, by handing and delivering to ETHAN DANIEL CHUMLEY personally, on July 19, 2014, at 9:30 A.M. o'clock, at 6533 Lost Canyon Ranch Road, Castle Rock, Colorado 80104.

_____
Todd Johnson
Private Process Server

STATE OF COLORADO  )
                   ) ss.
City & County of Denver )

Subscribed and sworn before me this July 22, 2014.

HELEN B. HAYS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19934008056
MY COMMISSION EXPIRES JUNE 3, 2017

_____
Notary Public
1225 Bannock Street
Denver, CO 80204