IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01932-WYD-CBS

GENERAL STEEL DOMESTIC SALES,
LLC d/b/a GENERAL STEEL
CORPORATION,

        Plaintiff,

v.

ETHAN DANIEL CHUMLEY AND
ATLANTIC BUILDING SYSTEMS, LLC,

        Defendants.

**STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO D.C.COLO.LCIVR 6.1(A)**

    1.    Pursuant to Local Civil Rule 6.1(A), the parties hereby stipulate to an extension of time of 21 days for Defendants to answer or otherwise respond to Plaintiff's Complaint. In support of this stipulation, the parties state as follows:

    2.    Plaintiff filed this civil action on July 10, 2014 (Dkt. 1).

    3.    This is the first request for an extension by Defendants.

    4.    Counsel for Defendants is simultaneously serving a copy of this Stipulation on the Defendants.

Accordingly, the parties notify the Court that, pursuant to this Stipulation, Defendants shall have an additional 21 days to answer or otherwise respond to Plaintiff's Complaint.

Dated:  August 1, 2014                                  Respectfully submitted,


                s/ *Craig R. May*
                Hugh Q. Gottschalk (#8525)
                Craig R. May (#32267)
                Kenneth E. Stalzer  (#42896)
                Wheeler Trigg O'Donnell LLP
                370 Seventeenth Street, Suite 4500
                Denver, CO  80202-5647
                Telephone:  303.244.1800
                Facsimile:  303.244.1879
                Email:  gottschalk@wtotrial.com
                          may@wtotrial.com
                          stalzer@wtotrial.com


*Attorneys for Defendants Ethan Daniel Chumley and Atlantic Building Systems, LLC*



                s/*David Samuel Fein*
                David Samuel Fein
                Patrick D. Frye
                Building Services Group, LLC
                Corporate Legal Department
                10639 Bradford Road
                Littleton, CO 80127
                Telephone: 720.981.6091
                Facsimile: 720.963.4995
                david.fein@embsgroup.com
                patrick.f@embsgroup.com


*Attorney for Plaintiff General Steel Domestic Sales, LLC*

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on August 1, 2014, I electronically filed the foregoing **STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO D.C.COLO.LCIVR 6.1(A)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

> David Samuel Fein
> Patrick D. Frye
> Building Services Group, LLC
> Corporate Legal Department
> 10639 Bradford Road
> Littleton, CO 80127
> Telephone: 720.981.6091
> Facsimile: 720.963.4995
> david.fein@embsgroup.com
> patrick.f@embsgroup.com
>
> *Attorneys for Plaintiff*
>
> Ethan Chumley                                               Via U.S. Mail
> Atlantic Building Systems, LLC
> d/b/a/ Armstrong Steel Corporation
> 5889 Greenwood Plaza Blvd.
> Greenwood Village, CO 80111
> Tel:  (720) 258-8360;
> Fax: (720) 230-7266
> ethan@armstrongsteel.com
>
> *Defendants*

s/ *Kimberlee Prechodko*
Kimberlee Prechodko