IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01932-WYD-CBS

GENERAL STEEL DOMESTIC SALES,
LLC d/b/a GENERAL STEEL
CORPORATION,

        Plaintiff,

v.

ETHAN DANIEL CHUMLEY AND
ATLANTIC BUILDING SYSTEMS, LLC,

        Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF KENNETH E. STALZER

**PLEASE TAKE NOTICE** that pursuant to D.C.COLO.CivR 11.1 Kenneth E. Stalzer, of the law firm of Wheeler Trigg O'Donnell LLP, hereby enters his appearance as counsel of record for Defendants, Ethan Daniel Chumley and Atlantic Building Systems, LLC in the above-captioned matter.

Dated:  August 4, 2014

Respectfully submitted,

s/ *Kenneth E. Stalzer*
Hugh Q. Gottschalk (#8525)
Craig R. May (#32267)
Kenneth E. Stalzer  (#42896)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  gottschalk@wtotrial.com
            may@wtotrial.com
            stalzer@wtotrial.com

*Attorneys for Defendants Ethan Daniel Chumley and Atlantic Building Systems, LLC*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on August 4, 2014, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF KENNETH E. STALZER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- David Samuel Fein
  david.fein@embsgroup.com

- Patrick D. Frye
  Patrick.f@embsgroup.com

          s/ *Kimberlee Prechodko*
          Kimberlee Prechodko