IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01932-REB-CBS | Date: February 2, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

GENERAL STEEL DOMESTIC SALES, LLC,   David Fein
                                     Patrick Frye

Plaintiff,

v.

ETHAN DANIEL CHUMLEY, *et al.*,   Craig May
                                  David Gingras

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:32 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *MOTION [19] to Dismiss Complaint* and *MOTION [37] to Amend Complaint.*

Mr. Gingras makes oral motion to withdraw *MOTION [19] to Dismiss Complaint* **without prejudice**.

**ORDERED:**    Mr. Gringras' oral motion is **GRANTED** and *MOTION [19] to Dismiss Complaint* is **WITHDRAWN without prejudice.**

*MOTION [37] to Amend Complaint* is **GRANTED**. The Plaintiff shall file the amended complaint by **February 3, 2015.**

Discussion regarding the Plaintiff serving a subpoena on Google and extending the discovery deadline.
HEARING CONCLUDED.
**Court in recess: 02:56 p.m.**    Total time in court: 01:24
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.