IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01932-REB-CBS | Date: February 24, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                              *Counsel:*

GENERAL STEEL DOMESTIC SALES, LLC,      David Fein
                                                                              Patrick Frye

Plaintiff,

v.

ETHAN DANIEL CHUMLEY, *et al.*,                 Kenneth Stalzer
                                                                              David Gingras

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 10:31 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *MOTION [58] to Compel a Discovery Response*.

Mr. Gingras tenders a supplemental list to the court.

Parties come to an agreement as to the scope of request for production #6.

**ORDERED:**  *MOTION [58] to Compel a Discovery Response* is **GRANTED**. The Plaintiff is entitled to the discovery as it pertains to request for production #6 as it is written.

The court awards fees and costs in favor of the Plaintiff in the amount of $750 and the amount is due no later than two week from today's date.

HEARING CONCLUDED.

**Court in recess: 11:25 a.m.**

Total time in court: 00:54

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.