**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 1:14-cv-01932-REB-CBS

GENERAL STEEL DOMESTIC SALES, LLC
d/b/a GENERAL STEEL CORPORATION,

    Plaintiff,

v.

ETHAN DANIEL CHUMLEY AND
ATLANTIC BUILDING SYSTEMS, LLC,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter before the court is the **Motion to Amend the Trial Preparations Conference Order and Request for Expedited Ruling** [#73][2] filed March 2, 2015. After reviewing the motion, the file, and the record, it is

    **ORDERED** as follows:

    1. That the **Motion to Amend the Trial Preparations Conference Order and Request for Expedited Ruling** [#73] filed March 2, 2015, is granted;

    2. That a motion under Fed. R. Evid. 702, 703, or 704 shall be filed by March 31, 2015;

    3. That a corresponding response and reply shall be filed in the time prescribed by D.C.COLO.LCivR 7.1(d); and

    4. That the **Trial Preparation Conference Order** [#32] entered October 7, 2014, is amended and supplemented accordingly.

    Dated: March 2, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#73]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.