IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01932-REB-CBS | Date: March 5, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*　　　　　　　　　　　　　　　　　　*Counsel:*

GENERAL STEEL DOMESTIC SALES, LLC　　　David Fein

Plaintiff,

v.

ETHN DANIEL CHUMELY, *et al.,*　　　　　　David Gingras

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:33 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *Plaintiff's MOTION [63] for Protective Order Regarding Defendants' Notice of Rule 30 (b)(6) Deposition of Plaintiff.*

**ORDERED:**　*Plaintiff's MOTION [63] for Protective Order Regarding Defendants' Notice of Rule 30 (b)(6) Deposition of Plaintiff* is **GRANTED**.

　　　　　　　A Telephonic Status Conference is set for **March 6, 2015 at 2:00 p.m.** to discuss how much time Plaintiff's counsel needs to prepare their witness. Parties participating in the hearing shall initiate a conference call among themselves and call the court at (303.844.2117) at the scheduled time. Counsel shall send the court a copy of the 30(b)(6) notice they are going to use.

　　　　　　　Parties are given leave to file a motion for fees and costs if necessary regarding the 30(b)(6) notice.

　　　　　　　*Defendants' Unopposed MOTION [77] to Restrict Exhibits 2 and 5 to Plaintiff's Motion to Compel A Discovery Response (ECF no. 58)* is **GRANTED.**

HEARING CONCLUDED.

**Court in recess: 02:50 p.m.**
Total time in court: 01:17

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.