IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01932-REB-CBS | Date: April 16, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                   *Counsel:*

GENERAL STEEL DOMESTICS SALES, LLC,     David Fein
                                                 Patrick Frye

Plaintiff,

v.

ETHAN DANIEL CHUMLEY, *et al.,*        Craig May
                                         David Gingras

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 04:00 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *MOTION [95] to Strike.* Oral argument regarding the motion.

Discussion regarding documents that were produced before Mr. Chumley's deposition and sales force documents.

**ORDERED:**     *MOTION [95] to Strike* is **DENIED.**

            The Plaintiff is allowed to propound 5 additional requests for production. The requests for production must be sent to defense counsel and the court by **April 17, 2015 at 5:00 p.m.**

            A Telephonic Status Conference is set for **April 20, 2015 at 3:30 p.m.** to discuss the requests for production. Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

HEARING CONCLUDED.

**Court in recess: 05:41 p.m.**
Total time in court: 01:41

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.