IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01932-REB-CBS | Date: July 31, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                         *Counsel:*

GENERAL STEEL DOMESTIC SALES, LLC,     David Fein

Plaintiff,

v.

ETHAN DANIEL CHUMLEY,                 Craig May
                                                        David Gingras
                                                        Kenneth Stalzer

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 08:37 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to [137] *Defendants Ethan Chumley and Armstrong Steel's Motion to Strike Plaintiff General Steel's Tenth Supplemental Disclosures.* Discussion and argument regarding the motion.

**ORDERED:**     [137] *Defendants Ethan Chumley and Armstrong Steel's Motion to Strike Plaintiff General Steel's Tenth Supplemental Disclosures* is **GRANTED** as stated on the record. The motion is granted to the extent the disclosures are contemplated by 26(a)(1). The court is not expressing any views on whether these individuals can be used for impeachment purposes at trial. This ruling is not meant to speak as to whether these individuals can be deposed in the context of other litigation. The court is not awarding fees and costs in regards to this motion.

Mr. Fein addresses [154] *Plaintiff's Motion to Strike Defendants' Witnesses.*
HEARING CONCLUDED.
**Court in recess: 09:11 a.m.**     Total time in court: 00:34
To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.