# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-01932-REB-CBS

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a
GENERAL STEEL CORPORATION, a Colorado limited liability company,

    Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually; and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation, doing business as
ARMSTRONG STEEL CORPORATION,

    Defendants.

## ORDER CONCERNING PENDING MOTIONS &
## ADMINISTRATIVE CLOSURE PENDING APPEAL

**Blackburn, J.**

This matter is before the court *sua sponte*. Following the ruling of the court on the motion for summary judgment [#106][1] of the defendants, the defendants filed a notice of appeal [#176]. The appeal remains pending.

Given the hiatus created by the pendency of the appeal, I deny all pending motions without prejudice. The pending motions all concern evidentiary issues which were raised as trial approached prior to the filing of the notice of appeal. If this case proceeds to trial, these motions may be reasserted in advance of trial. In addition, I close this case administratively subject to re-opening for good cause which includes, of course, resolution of the appeal.

---

[1] "[#106]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That all pending motions, including those docketed as [#87, #88, #89, #133, #154, and #174] are denied without prejudice, subject to renewal if this case again is set for trial before this court;

2. That under D.C.COLO.LCivR 41.2, this action is closed administratively; and

3. That under D.C.COLO.LCivR 41.2, the clerk is directed to close this civil action administratively, subject to reopening for good cause.

Dated March 7, 2016, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*

Robert E. Blackburn
United States District Judge